# In The United States Court of Federal Claims

Cover Sheet

05-698C

Plaintiff(s) or Petitioner(s) ASA Enterprises, Inc.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): John C. Person

Firm Name: Person & Craver LLP

Post Office Box: 1801 K Street, N.W.

Washington, D.C. 20006

Street Address:

City-State-Zip:

Telephone & Facsimile Numbers: (202) 466-4434 / (202) 466-4416

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If NO, please call (202) 219-9630 for admission papers and instructions.

Nature of Suit Code: [1] [0] [0] (100)

Select only one (three digit) nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: [A] [R] [M] (ARM)

See attached sheet for three digit codes.

Amount Claimed: $ 1,881,206

Use estimate if specific amount is not pleaded.

Vaccination Date (vaccine cases only) ____________

If this is case directly related to any pending or previous case, you are required to file a separate notice of directly related case(s). See RCFC 40.2.