FILED
JUN 27 2005
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ASA Enterprises, Inc.<br>3704 Dana Drive<br>Jackson, Missouri 63755<br><br>Plaintiff,<br><br>v.<br><br>The United States,<br><br>Defendant. | No. 05-698C |

**RCFC 7.1(a) DISCLOSURE STATEMENT**

COMES NOW the Plaintiff, ASA Enterprises, Inc. (ASA), by counsel, and hereby discloses pursuant to RCFC 7.1(a) that there is no parent or other entity related to ASA, that ASA is not a public company, and that no public corporation owns 10% or more of ASA stock.

Dated: this 27th day of June 2005.

Respectfully submitted,

**ASA Enterprises, Inc.**

By Counsel:

John C. Person, Esquire
PERSON & CRAVER LLP
1801 K Street, N.W.
Washington, D.C. 20006
(202) 466-4434 – phone
(202) 466-4416 – fax

Attorneys for Plaintiff

RECEIVED
OVER THE COUNTER
JUN 2 7 2005
THE OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS