IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ASA ENTERPRISES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-698C |
| | ) | (Judge Block) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION TO REVISE DISCOVERY SCHEDULE

Pursuant to Rule 26(a)(2) of the Rules of the Court of Federal Claims, defendant respectfully requests that the court revise the discovery schedule as set forth below. In support of this motion, defendant states that in the initial disclosure of plaintiff, ASA Enterprises, Inc. ("ASA"), ASA stated that it "expects to revisit the issue of damages methodologies in one or more expert reports that are presently scheduled to be filed on September 30, 2006." The present schedule calls for the simultaneous exchange of expert reports on September 30, 2006. However, when defendant agreed to this schedule it was unaware that plaintiff expected to revise its damages methodologies. Defendant's experts will be unable to complete their analyses until they can review whatever revisions ASA makes to its damages methodologies. Thus, defendant will not be able to submit its expert reports until after ASA has submitted its reports and a reasonable time to analyze the new damages methodologies. Defendant has discussed this motion with John Person, counsel for ASA, who does not oppose this motion.

Defendant requests that the discovery schedule be revised as follows:

| Event | Current Date | Revised Date |
|---|---|---|
| Completion of Non-Expert Discovery | 8/31/06 | 7/15/06 |

| | | |
|---|---|---|
| ASA's Expert Reports | 9/30/06 | 8/15/06 |
| Government Expert Reports | 9/30/06 | 9/30/06 |
| Expert Depositions | 11/17/06 | 11/17/06 |

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/Michael N. O'Connell
MICHAEL N. O'CONNELL
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
(202) 307-0286
(202) 514-8624 (fax)

December 6, 2005

Attorneys for Defendant

Certificate of Filing

I hereby certify that on this 6th day of December, 2005, a copy of the foregoing unopposed motion to revise discovery schedule was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Michael N. O'Connell