IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ASA ENTERPRISES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-698C |
| | ) | (Judge Sweeney) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's order dated December 6, 2005, the parties respectfully submit this joint status report. The parties state that they have completed fact discovery and have exchanged numerous expert reports. Before conducting expert depositions, the parties wish to attempt to resolve this matter amicably through alternative dispute resolution ("ADR") with a settlement judge from this Court. The parties wish to conduct the ADR in January, 2007. The parties request that the Court schedule a brief telephonic status conference with the parties to discuss the selection of an ADR judge, as well as further proceedings in this matter.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/John C. Person
JOHN C. PERSON
PERSON & CRAVER LLP
1801 K Street, N.W.
Washington, DC 20006
(202) 466-4434 - phone
(202) 466-4416

DAVID M. COHEN
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/Michael N. O'Connell
MICHAEL N. O'CONNELL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0282

Attorneys for Defendant

Dated: December 1, 2006