# In the United States Court of Federal Claims

No. 05-698C
(Filed: December 4, 2006)

************************************
ASA ENTERPRISES, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

**ORDER**

In accordance with the court's December 6, 2005 order, the parties filed a joint status report on December 1, 2006. The parties represent they have completed fact discovery and have exchanged expert reports. Prior to conducting expert depositions, the parties would like to attempt to resolve this matter through alternative dispute resolution ("ADR"). The parties request a telephonic status conference to discuss further proceedings, including the selection of an ADR judge.

Accordingly, **by no later than Friday, December 15, 2006**, the parties shall contact the judicial assistant to Judge Sweeney, Ms. Beryl Sanders, at (202) 357-6644, to schedule a telephonic status conference.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge