# In the United States Court of Federal Claims

No. 05-698C
(Filed: December 15, 2006)

| | |
|---|---|
| *********************************** | |
| ASA ENTERPRISES, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| *********************************** | |

## ORDER

In accordance with the parties' request for a status conference, a **status conference will be held on Thursday, December 21, 2006, at 1:00 p.m.** The parties shall appear by telephone. Counsel for the parties shall call Judge Sweeney's judicial assistant, Beryl Sanders, at (202) 357-6644, on the day before the conference with the phone number where they can be reached at the time of the conference.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge