# In the United States Court of Federal Claims

No. 05-698C
(Filed: December 22, 2006)

| | |
|---|---|
| ASA ENTERPRISES, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |

## ORDER

At the parties' request, the court held a telephonic status conference on December 21, 2006, to discuss whether this case was appropriate for alternative dispute resolution ("ADR"). At the present time, the parties have completed much of the anticipated discovery, including the exchange of expert reports. Rather than incur the expense associated with expert witness depositions, the parties have instead expressed their willingness to proceed on a settlement track. To this end, counsel specifically requested that the Honorable Marian Blank Horn be assigned as the ADR judge to assist the parties in their negotiations. The undersigned conferred with Judge Horn who agreed to preside over ADR proceedings. **Accordingly, this matter is hereby referred to ADR, and the court directs the Clerk of the Court to assign the above-captioned case to Judge Marian Blank Horn.**

It is anticipated that Judge Horn will conduct ADR proceedings in early February 2007.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge