# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**ASA ENTERPRISES, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 05-698**
**Filed: January 18, 2007**
**cc: Judge Sweeney**

## O R D E R

At the parties request, the above-captioned case has been sent to the undersigned for the purposes of assisting with negotiations through the use of ADR. Therefore, the court hereby, schedules a status conference on **Friday, February, 2, 2007 at 2:30 p.m. EDT**. Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff at (202) 466-4434 and defendant at (202) 353-1618. The parties should be prepared to discuss a schedule and propose steps for resolving the above captioned case via alternative means. Pursuant to General Order No. 40, the parties shall execute and submit the ADR Confidentiality Agreement to the chambers of the undersigned judge on or before **Friday January 26, 2007 at 12:00 p.m. EDT** via fax at (202) 357-6586. The ADR Confidentiality Agreement is attached to General Order 40. Both the agreement and the order can be found on the the court's internet website at: http://www.uscfc.uscourts.gov/adr.htm.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**