# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * | |
| **ASA ENTERPRISES, INC.,** | |
| **Plaintiff,** | **No. 05-698C** |
| **v.** | **Filed: February 6, 2007** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * * * | |

**O R D E R**

The undersigned held an initial ADR Conference in the above-captioned case on February 2, 2007, with the parties appearing by telephone. Although the parties indicated a desire to schedule an ADR session earlier, due to time conflicts, an ADR session was scheduled during the conference to commence on **Monday, May 7, 2007, at 9:00 a.m.**, in room 710, the Mastin G. White Conference Room, on the seventh floor of the National Courts Building, 717 Madison Place, NW, Washington, DC 20005. The conference will continue as necessary on **Tuesday, May 8, 2007**. In addition to the attorneys of record, at a minimum, participants in the conference will include the president of ASA Enterprises, Inc., the contracting officer, the project manager, and the parties' experts. On or before **Monday, April 30, 2007**, the attorneys of record shall provide chambers, at (202) 357-6580, with the names of the above participants, as well as the names of any other personnel who will be in attendance at the ADR Conference. The court also afforded the parties the opportunity to explore the possibility of earlier ADR Conference dates, if feasible for all participants, with the exception of the week of March 12, 2007.

On or before **Monday, April 9, 2007**, the parties shall provide the ADR Judge with two (2) hard copies of the experts' reports, and with hard copies of any other documents which would assist the ADR Judge in understanding the case. No documents for the ADR proceeding shall be filed electronically with the clerk's office. The parties shall be prepared to make initial presentations on the morning of the May 7, 2007 to initiate settlement negotiations. It is imperative that all participants arrive at the ADR Conference ready and willing to engage in meaningful settlement discussions. A copy of this Order is being provided to the Presiding Judge.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**