# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**ASA ENTERPRISES, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 05-698C**
**Filed: May 9, 2007**

**O R D E R**

An ADR Conference was held in the above-captioned case on May 7-8, 2007, with the parties appearing in person. The parties are to be commended for their professionalism and the cooperative attitudes exhibited during the ADR Conference. Subject to approval by the appropriate Department of Justice officials, the parameters of an offer for settlement to be made by the plaintiff were developed. The parties jointly shall keep the undersigned appraised of milestone developments. In the interim, the court remains available for further assistance as necessary.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**