# In the United States Court of Federal Claims

No. 05-698C
(Filed: May 16, 2007)

***********************************
ASA ENTERPRISES, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

## ORDER

On May 9, 2007, the Honorable Marian Blank Horn issued an order reflecting that an ADR conference was held in the case sub judice, and that the parties have settled the case, subject to approval by the appropriate Department of Justice officials. The undersigned applauds the Honorable Marian Blank Horn and the parties for their efforts in successfully resolving the instant case.

**The parties shall file a status report every 90 days, with the next status report due no later than Tuesday, August 14, 2007. Should the approval or other action affecting the status of the case occur sooner than the next status report is due, the parties shall file a status report immediately.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge