IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ASA ENTERPRISES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-698C |
| | ) | (Judge Sweeney) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Rules of the Court of Federal Claims, the parties stipulate that this matter be dismissed with prejudice, and that each party will bear its own fees, costs, and expenses.

Respectfully submitted,

s/John C. Person
JOHN C. PERSON
PERSON & CRAVER LLP
1801 K Street, N.W.
Washington, DC 20006
(202) 466-4434 - phone
(202) 466-4416

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/Michael N. O'Connell
MICHAEL N. O'CONNELL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0282

Attorneys for Defendant

Dated: August 2, 2007